**Dismiss and Opinion Filed May 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00416-CR**
**No. 05-22-00417-CR**

**GARY WEEKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-30610-T & F21-30611-T**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

Gary Weeks filed a voluntary motion to dismiss these appeals. The motion

complies with rule 42.2(a). We grant the motion and dismiss these appeals.

220416f.u05
220417f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GARY WEEKS, Appellant

No. 05-22-00416-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F21-30610-T. Opinion delivered by Justice Osborne. Justices Schenck and Smith participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of May, 2022.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GARY WEEKS, Appellant

No. 05-22-00417-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F21-30611-T. Opinion delivered by Justice Osborne. Justices Schenck and Smith participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of May, 2022.